

FILED
APR 24 2019

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF:   CASE NUMBER 5:19-mj-43

A property described [Address Redacted], Pine Ridge, SD.

**REDACTED ORDER TO SEAL**

The United States having moved this Court for an order sealing this matter, and good cause having been shown therefor, it is hereby

ORDERED that this matter be sealed for 180 days to be automatically unsealed by the Clerk of Courts thereafter unless otherwise ordered by the Court.

Dated this 23rd day of April, 2019.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge